IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN RE:                          )
                                )
                                )
                                )  117-MC-009
                                )
TODD M. BOUDREAUX               )  **UNDER SEAL**
                                )

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Chief Bankruptcy Judge's Report and Recommendation for Disgorgement and Monetary Sanctions in the In Re Mohr Bankruptcy (doc. no. 19). Accordingly, the Report and Recommendation for Disgorgement and Monetary Sanctions in the In Re Mohr Bankruptcy (doc. no. 19) is **ADOPTED** as the opinion of the Court.

Accordingly, **IT IS ORDERED THAT** Todd M. Boudreaux shall pay, within ninety (90) days of the date of this Order, the sum of **$27,601.17** to A. Stephenson Wallace, Chapter 7 Trustee, for disbursement in the In Re Mohr bankruptcy, Chapter 7 case No. 13-11606 (Bankr. S.D. Ga. August 30, 2013).

ORDER ENTERED at Augusta, Georgia, this 12th day of October, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA