IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN THE MATTER OF: )
)
) 117-MC-009
TODD M. BOUDREAUX )
)

# ORDER

On April 14, 2017, the United States Bankruptcy Court for the Southern District of Georgia ("the Bankruptcy Court") held a closed hearing regarding **Todd M. Boudreaux**, an attorney admitted to practice in this District. Mr. Boudreaux was ordered to show cause why the Bankruptcy Court should not recommend to this Court that he be subjected to disciplinary action. Based on testimony from the show cause hearing, supporting documentation, and the record of prior proceedings, the Bankruptcy Court found that disciplinary action should be imposed against Mr. Boudreaux. The Bankruptcy Court then submitted its Report and Recommendation for disciplinary action to this Court pursuant to Rule 83.5(g) of this Court's Local Rules. (Doc. no. 17).

After a careful, *de novo* review of the entire record in this case, the Court concurs with the Bankruptcy Court's Report and Recommendation and adopts it as the opinion of the Court.

Accordingly, **IT IS ORDERED THAT**:

1. Mr. Boudreaux is suspended from the practice of law in the District Court for the Southern District of Georgia for a period of one (1) year;

2. At the end of this one (1) year period, Mr. Boudreaux may petition for readmission to the District Court for the Southern District of Georgia, pursuant to District Court Local Rule 83.5(h). His readmission petition shall be accompanied by (i) confirmation from a board-certified psychiatrist that Mr. Boudreaux is fit to return to the practice of law; (ii) confirmation from a board-certified psychologist that Mr. Boudreaux is fit to return to the practice of law; and (iii) a certification that Mr. Boudreaux is duly licensed and in good standing with the State of Georgia;

3. For the period of one (1) year after Mr. Boudreaux is readmitted to practice law in the District Court for the Southern District of Georgia, he shall submit to the District Court a monthly report(s) from a board-certified psychiatrist and a board-certified psychologist stating he remains mentally fit; and

4. A copy of this Order shall be referred to the State Bar of Georgia for disciplinary action.

**IT IS FURTHER ORDERED** that while all other pleadings in this matter shall remain sealed, this Order shall not be filed under seal.

**SO ORDERED** this 12th day of October, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA