IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN RE:                    )
                          )
                          )
                          )
                          )    117-MC-009
                          )
TODD M. BOUDREAUX         )
                          )

# ORDER

On October 12, 2017, the Court entered, under seal, Order Adopting Chief Bankruptcy Judge's Report and Recommendation for Disgorgement and Monetary Sanctions in the In Re Mohr Bankruptcy. (Doc. no. 2.) After further consideration, the Court has determined that the order should be unsealed.

Accordingly, the Clerk is ORDERED to **UNSEAL** the order.

ORDER ENTERED at Augusta, Georgia, this 13th day of October, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA