IN THE UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
Augusta Division

IN RE: )
)
TODD M. BOUDREAUX ) 117-MC-009
)
_____ )

### ORDER

On October 12, 2017, the Court entered, under seal, Order Adopting Chief Bankruptcy Judge's Report and Recommendation for suspension of Todd M. Boudreaux from the practice of law for a period of one (1) year. After further consideration, the Court has determined that a redacted version of the Report and Recommendation should be unsealed.

Accordingly, the Clerk is ORDERED to docket the unsealed version of the Report and Recommendation attached hereto.

J. Randal Hall, Chief Judge
United States District Court
Southern District of Georgia

Dated at Augusta, Georgia
this 29th day of March 2018.